UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.:  12-29136-BKC-LMI
                                                          Chapter 7

**RICARDO ACUNA**
SSN: XXX-XX-0439
**ADRIANA ACUNA**
SSN: XXX-XX-3027
_____Debtors._____/

**TRUSTEE, MARCIA T. DUNN'S AMENDED MOTION FOR ENTRY OF ORDER
APPROVING PROPOSED PRIVATE SALE OF ESTATE'S RIGHT, TITLE
AND INTEREST IN NON-EXEMPT PERSONAL PROPERTY "AS IS, WHERE IS" AND
<u>SUBJECT TO HIGHER AND BETTER OFFERS</u>**

Marcia T. Dunn, as Chapter 7 Trustee (the "Trustee") of the Bankruptcy Estate of

Ricardo Acuna and Adriana Acuna (the "Debtors"), through counsel and pursuant to 11

U.S.C. §§ 105 and 363, Federal Rules of Bankruptcy Procedure 2002, 6003 and 6004, and

Local Rule 6004-1, files this Motion for Entry of Order Approving Sale of Estate's Right, Title

and Interest in Personal Property "AS IS, WHERE IS" and Subject to Higher and Better

Offers (the "Motion"), and as good cause for same, states as follows:

## I.        <u>Jurisdiction and Venue</u>

1.        The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.

2.        This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (N).

3.        Venue is proper in this jurisdiction pursuant to 28 U.S.C. §§ 1408 and 1409.

## II.        <u>Background</u>

4.        This case commenced with the filing of a voluntary Chapter 7 Petition on

August 9, 2012.  Marcia T. Dunn is the duly appointed Chapter 7 Trustee.

5.        On Schedule "B", the Debtors listed "Misc. Jewelry" (the "Jewelry") with a

scheduled value of $417.00

6.      On November 27, 2012, the Trustee conducted a 2004 Examination of the Debtor and also requested that the Debtors deliver to the Trustee the Jewelry for inspection and valuation. The Debtors complied with the Trustee's request, and the Trustee thereafter conducted an inventory of the Jewelry.

7.      The Jewelry is comprised of two Rolex Watches, which are not being sold pursuant to this Motion,[1] as well as the following items:

| | |
|---|---|
| Pearl drop earrings | Gold & pearl "X" bracelet |
| Green stone & "diamond" earrings | Hearts & circle link gold tone bracelet |
| Gold "horseshoe" shaped earrings | Gold bracelet w 5 tiny hearts holding "diamonds" |
| Plain silver colored ring | Silver color square link bracelet |
| Gold curlicue w 5 "diamonds" ring | Heavy two-tone white & yellow gold bracelet |
| Gold ring w 5 tiny "diamonds", small | Matching heavy two-tone rhodium & yellow gold necklace |
| Gold ring, large, pink and yellow gold | Pearl and tiny gold bead necklace |
| Gold ring w "emerald" & 4 "diamonds" | Gold ring w pearl and 2 "diamond" chips |

(collectively, the "Sale Items").

8.      The Debtors advised the Trustee that they wish to turnover the Sale Items to the Trustee to be sold for the benefit of the Estate, in lieu of repurchasing the non-exempt interest in the Sale Items.

9.      Pursuant to 11 U.S.C. § 363, the Trustee proposes to sell the Estate's right, title and interest in the Sale Items "AS IS, WHERE IS" and outside of the ordinary course of business, at a hearing at the United States Bankruptcy Court, Southern District of Florida, 51 S.W. First Avenue, Courtroom 1410 (the "Proposed Sale").

---

[1]  The Rolex Watches are being sold through an on-line, public auction and the approval of such sale was requested through separate motion and order.

### III.    The Proposed Sale

10.    On February 12, 2013, the Trustee obtained an offer from Jack Kotkin ("Kotkin") to purchase the Sale items "AS-IS, WHERE-IS" and with no warranties of any type being given by the Trustee and/or his professionals, for the sum of $2,920.00 to be paid in one, lump sum payment (the "Offer").

11.    Kotkin has agreed that (i) he shall be responsible for the payment of any and all fees and taxes imposed by any governmental agency arising from or relating to the proposed sale, including but not limited to sales tax and (ii) the only documents necessary for the Trustee to convey title to the Sale Items shall be (1) a final, non-appealable order from this Court approving the proposed sale (the "Approval Order").[2]

12.    The Trustee has accepted the Offer, subject to (i) this Court's approval and (ii) higher and better offers as required by 11 U.S.C. § 363.

13.    **The Proposed Sale of the Estate's right, title and interest in the Sale Items is "AS-IS, WHERE-IS," with no warranties or representations of any type being given by the Trustee and/or his professionals.**

14.    The Trustee believes that the Proposed Sale is the best way to monetize the Estate's right, title and interest in the Sale Items, and thus, the Trustee asserts that the Proposed Sale to Kotkin, or a higher bidder, is in the best interest of the Estate and all creditors.

### IV.    Requested Relief

15.    Accordingly, the Trustee requests this Court to approve the Proposed Sale outside of the ordinary course of business, pursuant to 11 U.S.C. § 363(b), which states:

---

[2]    The terms and conditions set forth in Paragraphs 43 and 44 of this Motion shall be collectively referred to as the "Proposed Sale."

"[t]he Trustee, after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."

16.     The Trustee will serve copies of this Motion together with any notices as required by Rules 6004 and 2002(a)(2) of the Federal Rules of Bankruptcy Procedure, and Local Rule 6004-1.

17.     The Trustee can sell the property interests of the Debtor pursuant to 11 U.S.C. § 363(h).

**A.     Jack Kotkin's Bid**

18.     Kotkin's bid shall be $2,920.00 for the Sale Items (the "Initial Bid"). The Initial Bid is for all of the Sale Items.

**B.     Consideration of Competing Bids**

19.     Pursuant to 11 U.S.C. § 363, the Proposed Sale is subject to higher and better offers.

20.     At the hearing on this Motion (the "Hearing"), the Court shall select the highest and best bid for the Sale Items, after considering the recommendations of the Trustee and other interested parties.

**C.     Requested Bid Procedures**

21.     Any party wishing to submit a higher and better offer for the Sale Items shall be required to provide a bid deposit of $1,000.00 in the form of a cashier's check or money order at the Hearing.

22.     Any party wishing to submit a higher and better offer for the Sale Items must also disclose any affiliation with (i) the Debtor or (ii) the Debtors' insiders (as defined by the Bankruptcy Code) on the record at the commencement of the Hearing.

23.     The Trustee recommends that the bidding be conducted at the Hearing in $500.00 increments.

**D.**     **Other Conditions**

24.     Further, unless otherwise ordered by this Court, any successful bidder other than Kotkin must agree on the record at the Hearing to purchase the Sale Items on the terms and conditions set forth in this Motion, and be ready, willing and able to close within three (3) business days of entry of the Approval Order.

**E.**     **Closing**

25.     The Trustee seeks authority to close on the Proposed Sale immediately upon Court approval, with Kotkin or the successful bidder, required to close within three (3) business days of the Approval Order. Closing shall occur when the successful bidder tenders the successful bid price in a lump sum to the Trustee in the manner specified in this Motion. If Kotkin, or the successful bidder, as the case may be, fails to timely close, the Trustee seeks authority to close the sale transaction with the next highest bidder (the "Back-up Bidder"). The Back-up Bidder shall similarly be required to close within three (3) business days of written notification from the Trustee that the successful bidder failed to close pursuant to the terms herein.

26.     Accordingly, the Trustee requests that the final sale order include a provision waiving the 14 day stay requirement subject of Rule 6004(h).

**F.**     **Legal Standard for Sale**

27.     The Trustee requests that this Court (1) approve the sale of the Sale Items to the successful bidder of the Sale Items 'AS IS, WHERE IS" and subject to liens, claims and encumbrances pursuant to 11 U.S.C. § 363(b).

28.     Section 363(b) of the Bankruptcy Code states: "The trustee, after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."

**G.    Sound Business Purpose**

29.    With respect to satisfying the elements of the "sound business purpose" test,[3] the Trustee asserts that the proposed sale is the only way to realize any benefit for this Estate. In addition, creditors and other parties in interest will receive accurate and reasonable notice of the terms of the Proposed Sale and proposed procedures through this Motion.

**H.    Good Faith Finding**

30.    The Trustee submits that the Trustee and Kotkin have at all times acted in good faith, and therefore requests that this Court make a finding that Kotkin is a good faith purchaser pursuant to 11 U.S.C. § 363(m).

31.    Finally, the Trustee seeks authority to execute any and all documents he deems reasonable and necessary to effectuate the sale and transfer of the Sale Items to Kotkin, or to the successful bidder.

**WHEREFORE**, Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Acuna, Ricardo and Acuna, Adriana, respectfully requests this Honorable Court enter an Order: (a) granting the instant Motion; (b) authorizing and approving the immediate sale of the Estate's right, title and interest in the Sale Items pursuant to § 363 of the Bankruptcy Code, "AS IS, WHERE IS"; (c) waiving the 14 day stay pursuant to Bankruptcy Rule 6004(h); and (d) granting such other and further relief as this Court deems just and proper.

---

[3]    *See In re Continental Airlines, Inc.*, 780 F.2d 1223,1226 (5th Cir. 1986).

6

CASE NO.:  12-29136-BKC-LMI

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on May 3, 2013, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to: **Jack Kotkin**, Top Crystal, Inc. Wholesale Diamonds, Seybold Bldg. #347, 36 NE 1st Street, Miami, FL  33132; and all interested parties on the attached service list.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Florida Bar No. 516902
Tabas, Freedman, Soloff, Brown & Rigali, P.A.
Attorneys for the Chapter 7 Trustee
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708
E-mail:  jtabas@tabasfreedman.com

A & R Enterprises Usa, Inc
14428 SW 158th St
Miami, FL 33177

AT&T
C/O Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

AT&T
C/O I C System Inc
Po Box 64378
Saint Paul, MN 55164

AT&T
PO Box 537104
Atlanta, GA 30353-7104

AT&T Mobility
C/O Afni, Inc.
Po Box 3097
Bloomington, IL 61702

AT&T Mobility
PO Box 538695
Atlanta, GA 30353-8695

Adriana Diaz
C/O De Leon & De Leon, P.A.
66 W Flagler St Ste 800
Miami, FL 33130

Afni, Inc.
ATTENTION: BANKRUPTCY
1310 Martin Luther King Dr
Bloomington, IL 61701

Alberto Banos
16103 SW 61st Lane
Miami, FL 33193

Amex
AMERICAN EXPRESS SPECIAL
RESEARCH
Po Box 981540
El Paso, TX 79998

Amex
P.o. Box 981537
El Paso, TX 79998

Bank Of America
4161 Piedmont Parkway
Greensboro, NC 27410

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America
ATTENTION:   RECOVERY
DEPARTMENT
4161 Peidmont Pkwy.
Greensboro, NC 27410

Bank Of America
ATTN:   CORRESPONDENCE
UNIT/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Bank Of America
Po Box 982238
El Paso, TX 79998

Bank Of America, N.A.
FL6-001-02-11
1425 NW 62nd St
Fort Lauderdale, FL 33309

Bank Of America, N.A.
NY7-501-02-07
5701 Horatio St
Utica, NY 13502-1024

Bank Of America, N.a.
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065-6285

Bnkunted Fsb
7815 Nw 148th St
Miami Lakes, FL 33016

Bnkunted Fsb
ATTN: BANKRUPTCY DEPARTMENT
7815 Nw 148th St.
Miami Lakes, FL 33016

Chase
ATTENTION: BANKRUPTCY
Po Box 15298
Wilmington, DE 19850

Chase
P.o. Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Chase
Po Box 24696
Columbus, OH 43224

Child Support Enforcement
PO Box 8030
Tallahassee, FL 32314-8030

Citi
ATTN: CENTRALIZED BANKRUPTCY
Po Box 20507
Kansas City, MO 64195

Citi
CITICARD   CREDIT
SERVICES/CENTRALIZED BAN
Po Box 20507
Kansas City, MO 64195

Citi
Po Box 6241
Sioux Falls, SD 57117

Citi
Po Box 6497
Sioux Falls, SD 57117

Claudia Velasquez
16103 SW 61st Lane
Miami, FL 33193

Countrywide Home Loans Serv., L.P.
7105 Corporate Dr
Plano, TX 75024-4100

Countrywide Home Loans Serv., L.P.
7105 Corporate Dr Mailstop PTX-B-35
Plano, TX 75024-4100

Department Of The Treasury
PO Box 21126
Philadelphia, PA 19114-0326

Discover Fin Svcs Llc
ATTENTION:    BANKRUPTCY
DEPARTMENT
Po Box 3025
New Albany, OH 43054

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Dortis Gonzalez
15171 SW 156th Ter
Miami, FL 33187

Enhanced Recovery Co L
ATTENTION: CLIENT SERVICES
8014 Bayberry Rd
Jacksonville, FL 32256

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Eureka Garden Hoa, Inc
8785 SW 165th Ave Ste 200
Miami, FL 33193

Eureka Garden Hoa, Inc
C/O Carlos A. Triay, Esq
2301 NW 87th Ave Ste 501
Miami, FL 33178

Eureka Garden Hoa, Inc
C/O Carlos A. Triay, Esq
P.O. Box 227010
Miami, FL 33122

Experian
PO Box 2002
Allen, TX 75013-2002

Fifth Third Bank
FIFTH  THIRD  BANK  BANKRUPTCY
DEPARTMENT,
1830 East Paris Ave.
Grand Rapids, MI 49546

Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263

First Usa
P.o. Box 15298
Wilmington, DE 19850

First Usa Bank
1001 Jefferson Plaza
Wilmington, DE 19701

First Usa Bank
CHASE   CARD   SERVICES/ATTN:
BANKRUPTCY DEP
Po Box 15298
Wilmington, DE 19850

Florida Department Of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

G M A C
Po Box 105677
Atlanta, GA 30348

Gecrb/city Furniture
Po Box 981439
El Paso, TX 79998

Gecrb/jcp
ATTENTION: BANKRUPTCY
Po Box 103104
Roswell, GA 30076

Gecrb/jcp
Po Box 965005
Orlando, FL 32896

I C System Inc
Po Box 64378
St. Paul, MN 55164

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Juan Gonzalez
15171 SW 156th Ter
Miami, FL 33187

Karam Suliman
13230 SW 264th St
Homestead, FL 33032

Killian Investors Corp
18001 Old Cutler Rd Ste 433
Palmetto Bay, FL 33157

Law Offices of David J. Stern, P.A.
900 S Pine Island Rd Ste 400
Plantation, FL 33324-3920

Law Offices of Marshall C. Watson, P.A.
1800 NW 49th St Ste 120
Fort Lauderdale, FL 33309-3092

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

Mayors Jewel
Po Box 94498
Las Vegas, NV 89193

Mazda Amer Cr
9009 Caruthers Pkwy
Franklin, TN 37067

Mazda Amer Cr
FORD CREDIT
Po Box 6275
Dearborn, MI 48121

Michelle Mitto
10941 SW 181st Ter
Miami, FL 33157

Mortgage Electronic Regist. Syst. Inc.
3300 SW 34th Ave Ste 101
Ocala, FL 34474-4438

Ocwen Loan Servicing L
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409

Ocwen Loan Servicing L
ATTN: BANKRUPTCY
P.o. Box 24738
West Palm Beach, FL 33416

Omar Diaz
C/O De Leon & De Leon, P.A.
66 W Flagler St Ste 800
Miami, FL 33130

Onyx Accep
15000 Capital One Drive
Richmond, VA 23238

Onyx Accep
CAPITAL ONE AUTO FINANCE
3905 N. Dallas Pkwy
Plano, TX 75093

Primus Financial Svcs
Po Box 680020
Franklin, TN 37068

Real Time Resolutions
450 American St
Simi Valley, CA 93065

Richard Diaz
C/O De Leon & De Leon, P.A.
66 W Flagler St Ste 800
Miami, FL 33130

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

Solace Financial
File# 749430
Los Angeles, CA 90074-9430

Td Auto Finance
ATTENTION: BANKRUPTCY
Po Box 860
Roanoke, TX 76262

Td Auto Finance
P.O. Box 923
Farmington Hills, MI 48333

Td Auto Finance
Po Box 1334
Roanoke, TX 76262

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333

Transunion
PO Box 1000
Chester, PA 19016-1000

United Merchant Servic
255 Route 17 South 2nd F
Englewood, NJ 07601

Zale/cbna
ATTN.: CENTRALIZED BANKRUPTCY
Po Box 20363
Kansas City, MO 64195

Zale/cbna
Po Box 6497
Sioux Falls, SD 57117

Ricardo & Adriana Acuna
14428 SW 158 Street
Miami, FL 33177