UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

DANIEL CASEY,                                    Case No. 12-38377-EPK
                                                 Chapter 11

      Debtor.
_____/

**DEBTOR'S OBJECTION TO CLAIM NO. 5 FILED BY ASSET ACCEPTANCE, LLC AGAINST DEBTOR, DANIEL CASEY**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned attorneys, OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

      Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Debtor, Daniel Casey, by and through undersigned counsel and pursuant to 11 U.S.C. § 502, Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1, files this objection to claim no. 5 filed by Asset Acceptance LLC[1] against Debtor, Daniel Casey, in this case:[2]

---

[1] The Debtor scheduled a similar debt in his schedules, due to its appearance on his credit report. Thus, the Debtor did not list the debt as disputed. The Debtor has no actual knowledge of a debt due and owing to Asset Acceptance LLC, and offers this objection to ensure that the correct amounts are paid to the correct creditors. The Debtor submits that, consistent with *In re Brown*, Case No. 12-60016 (S.D.Fla.

| Claim # | Claimant | Claim Amount | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 5 | Asset Acceptance LLC<br>PO BOX 2036<br>Warren, MI 48090 | $31,378.70 | Claimant has not provided support for alleged amount owed. The claim is duplicative with claims number 6 and 7. The Debtor is not aware of any debt owed to Claimant, and the Claimant has not adequately documented the assignment, including, but not limited to, any exhibits evidencing that the Debtor's account was among the accounts actually assigned to the Claimant. Claim should be stricken and disallowed in its entirety. |

WHEREFORE, the Debtor respectfully requests that the Court enter an order (i) sustaining this Objection, (ii) disallowing and striking the claim identified above in its entirety, and (iii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**MARSHALL GRANT, P.L.**
Attorneys for the Debtor In Possession
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email: lpecan@marshallgrant.com

By:   /s/ Lawrence E. Pecan
     JOE M. GRANT
     Florida Bar No. 137758
     ADAM D. MARSHALL
     Florida Bar No. 579823
     LAWRENCE E. PECAN
     Florida Bar No. 99086

---

2013), objections to claims which are similar to scheduled debts are in good faith, despite having been listed as undisputed.

[2] The Debtor reserves his right to object to the claim identified herein on any other appropriate basis.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd of May, 2013, I electronically filed this document with the Clerk of Court using CM/ECF.  I also certify that the document and its attachments are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing. I also certify that that a true and correct copy of the foregoing Objection was served by first class U.S. mail, postage prepaid, upon the claimant at the address set forth above.

By:  /s/ Lawrence E. Pecan
Lawrence E. Pecan

## SERVICE LIST

### SERVED VIA CM/ECF NOTICE

- David Softness        david@softnesslaw.com
- The United States Trustee        USTPRegion21.MM.ECF@usdoj.gov
- Thomas Graner        tom@granerlaw.com